

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00220-CR

Gabriel Castillo **REYES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR2065
Honorable Angus McGinty, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED May 29, 2013.

_____
Patricia O. Alvarez, Justice